IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:15-CR-185

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**ORDER**

WILLIAM TOWNER AKERS,

    Defendant.

This matter is before the Court on Defendant's "Motion to Seal Sentencing Memorandum."

FOR GOOD CAUSE SHOWN, the Motion is allowed. The Clerk is directed to seal the Sentencing Memorandum, and accompanying Exhibits, filed at D.E. 35.

SO ORDERED.

This the 20th day of October, 2015.

*/s/ Louise W. Flanagan*
LOUISE W. FLANAGAN
United States District Court Judge